UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TAMMY LOUISE CRAWFORD, #60072-177 | § § § | |
| Movant, | § § | |
| v. | § § | CIVIL CASE NO. 3:23-CV-777-B-BK (CRIMINAL CASE NO. 3:19-CR-630-B-8) |
| UNITED STATES OF AMERICA, | § § § | |
| Respondent. | § § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 7th day of July, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE